UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JESSIE LEE ISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00446-JPH-MKK |
| ) | |
| NEW BEGINNINGS REALTY & ) | |
| PROPERTY MANG., ) | |
| MECHELLE PADGETT, ) | |
| JENNY JONES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

### I.
### Granting *in forma pauperis* status

Plaintiff Jessie Ison's motion to proceed *in forma pauperis* is **GRANTED**. Dkt. [2]; *see* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Ms. Ison to proceed without prepaying the filing fee, she remains liable for the full fees. *Rosas v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time.

### II.
### Show cause for subject-matter jurisdiction

Ms. Ison's complaint alleges that Defendants fraudulently and negligently sold her a mold-infested condominium, and as a result she suffered personal

1

injuries from the mold.  Dkt. 1.  She seeks money damages and injunctive relief.  *Id.*

Federal courts are courts of limited jurisdiction.  In order to hear and rule on the merits of a case, a federal court must have subject-matter jurisdiction over the issues.  *Bender v. Williamsport Area Sch. Dist.*, 475 U.S. 534, 541 (1986).  If the Court determines at any time that it lacks subject-matter jurisdiction, it must dismiss the case.  Fed. R. Civ. P. 12(h)(3); *see Evergreen Square of Cudahy v. Wis. Hous. & Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015) ("[F]ederal courts are obligated to inquire into the existence of jurisdiction *sua sponte.*").

The Court does not appear to have jurisdiction over Ms. Ison's claims.  The Supreme Court has explained the two basic ways to establish subject-matter jurisdiction:

> The basic statutory grants of federal-court subject-matter jurisdiction are contained in 28 U.S.C. §§ 1331 and 1332. Section 1331 provides for federal-question jurisdiction, § 1332 for diversity of citizenship jurisdiction. A plaintiff properly invokes § 1331 jurisdiction when she pleads a colorable claim arising under the Constitution or laws of the United States. She invokes § 1332 jurisdiction when she presents a claim between parties of diverse citizenship that exceeds the required jurisdictional amount, currently $75,000.

*Arbaugh v. Y&H Corp.*, 546 U.S. 500, 513 (2006) (citations and quotation omitted).

Ms. Ison's complaint alleges federal-question jurisdiction, citing one federal statute, 18 U.S.C. § 2255, and various state-law statutes for fraudulent misrepresentation, negligence, and breach of contract. Dkt. 1 at 2 (citing Ind. Code § 25-34.1-10-16; § 26-1-2-721; § 35-43-6-12; § 3-21-5-11). Section 2255 relates only to civil remedies for personal injuries suffered from various types of child exploitation. *See* 18 U.S.C. § 2255(a). Ms. Ison's allegations, however, do not relate to personal injury from such child exploitation. Rather, her personal injury allegations stem from her purchase of a condominium. Therefore, the Court does not appear to have federal-question jurisdiction over Ms. Ison's claims.

Nor does the Court appear to have diversity jurisdiction over Ms. Ison's state-law claims. This is because Ms. Ison and all of the Defendants appear to be Indiana citizens. Dkt. 1 at 3–4 (listing Indiana addresses for all parties, except for two parties with an unknown address).

Ms. Ison shall have **through October 25, 2024** to file an amended complaint or otherwise show cause why this case should not be dismissed for lack of subject-matter jurisdiction. In doing so, she must clearly show (1) the federal law giving rise to her claims, (2) that the parties are of diverse citizenship, or (3) another basis for the Court's jurisdiction. If Ms. Ison does not respond, the Court will dismiss this case without prejudice for lack of subject-matter jurisdiction.

**SO ORDERED.**

Date: 9/30/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jessie L. Ison
223 Francis Ave Ct
Terre Haute, IN 47804